United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 18-11748-DS
Nicholas Jess Philbrook                                                          Chapter 7
Heather Schmidt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-9            User: admin            Page 1 of 2            Date Rcvd: Jan 28, 2019
                               Form ID: 318a           Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db/jdb        +Nicholas Jess Philbrook,   Heather Schmidt,   1620 Paso Robles Ct,   Camarillo, CA 93012-4123
smg           +County Assessor,   County Government Center, Room 100,   San Luis Obispo, CA 93408-0001
39158932      +Acs/clc Private,   Acs/Education Services,   Po Box 7051,   Utica, NY 13504-7051
39158936      +Car Max Financial,   2001 Lockwood St.,   Oxnard, CA 93036-8270
39158937      +Cbusasears,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
               Saint Louis, MO 63179-0040
39158940      +Citi,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,   S Louis, MO 63179-0040
39158941      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               St Louis, MO 63179-0040
39158942      +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,   Po Box 790040,
               Saint Louis, MO 63179-0040
39158947      +Kay Jewelers,   Attn: Bankruptcy,   Po Box 1799,   Akron, OH 44309-1799
39158948      +Leroys Jewelers,   Sterling Jewelers, Inc/Attn: Bankruptcy,   Po Box 1799,
               Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: SBCBankruptcy@co.santa-barbara.ca.us Jan 29 2019 04:20:45      County Tax Collector,
               P.O. Box 357,   Santa Barbara, CA 93102-0357
smg            EDI: EDD.COM Jan 29 2019 08:58:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Jan 29 2019 08:58:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA  95812-2952
39158933       EDI: HNDA.COM Jan 29 2019 08:58:00      American Honda Finance,   Attn: Bankruptcy,
               Po Box 168088,   Irving, TX 75016
39158934      +EDI: BANKAMER.COM Jan 29 2019 08:58:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
               Greensboro, NC 27420-6012
39158935      +EDI: CAPITALONE.COM Jan 29 2019 08:58:00      Capital One,
               Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
39158938      +EDI: CAUT.COM Jan 29 2019 08:58:00      Chase Auto Finance,   National Bankruptcy Dept,
               201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
39158939      +EDI: CHASE.COM Jan 29 2019 08:58:00      Chase Card Services,   Attn: Correspondence Dept,
               Po Box 15298,   Wilmington, DE 19850-5298
39158943      +EDI: RCSFNBMARIN.COM Jan 29 2019 08:58:00      Credit One Bank Na,   Po Box 98873,
               Las Vegas, NV 89193-8873
39158944      +EDI: NAVIENTFKASMDOE.COM Jan 29 2019 08:58:00      Dept Of Ed/Navient,   Attn: Claims Dept,
               P.O. Box 9635,   Wilkes Barr, PA 18773-9635
39158945      +EDI: DISCOVER.COM Jan 29 2019 08:58:00      Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
39158946      +EDI: DCI.COM Jan 29 2019 08:58:00      Diversified Consultants, Inc.,
               Diversified Consultants, Inc.,   Po Box 551268,   Jacksonville, FL 32255-1268
39158950      +EDI: NAVIENTFKASMSERV.COM Jan 29 2019 08:58:00      Navient,   11100 Usa Pkwy,
               Fishers, IN 46037-9203
39158949      +EDI: NAVIENTFKASMSERV.COM Jan 29 2019 08:58:00      Navient,   Attn: Bankruptcy,   Po Box 9500,
               Wilkes-Barre, PA 18773-9500
39158951      +E-mail/Text: electronicbkydocs@nelnet.net Jan 29 2019 04:21:13      Nelnet,
               Nelnet Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
39158952      +EDI: NAVIENTFKASMSERV.COM Jan 29 2019 08:58:00      Sallie Mae,   Po Box 9655,
               Wilkes Barre, PA 18773-9655
39158953      +EDI: RMSC.COM Jan 29 2019 08:58:00      Synchrony Bank/Gap,   Attn: Bankruptcy,   Po Box 965060,
               Orlando, FL 32896-5060
39158954      +EDI: RMSC.COM Jan 29 2019 08:58:00      Synchrony Bank/Select Comfort,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
39158931      +E-mail/Text: USTPregion16.LA.ECF@USDOJ.GOV Jan 29 2019 04:20:52      United States Trustee,
               915 Wilshire Blvd., Suite 1850,   Los Angeles, CA 90017-3560
39158955      +EDI: WFFC.COM Jan 29 2019 08:58:00      Wells Fargo Jewelry Advantage,   Attn: Bankruptcy,
               Po Box 71118,   Charlotte, NC 28272-1118
                                                                                          TOTAL: 20


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0973-9          User: admin          Page 2 of 2          Date Rcvd: Jan 28, 2019
                              Form ID: 318a         Total Noticed: 30
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
              Jeremy W. Faith (TR)    Trustee@MarguliesFaithlaw.com,
               C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
              Larry D Webb    on behalf of Joint Debtor Heather  Schmidt Webblaw@gmail.com,
               larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com
              Larry D Webb    on behalf of Debtor Nicholas Jess Philbrook Webblaw@gmail.com,
               larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com
              United States Trustee (ND)   ustpregion16.nd.ecf@usdoj.gov
                                                                  TOTAL: 4
```

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Nicholas Jess Philbrook** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Heather Schmidt** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

Social Security number or ITIN   **xxx–xx–3305**

EIN   _ _–_ _ _ _ _ _ _

Social Security number or ITIN   **xxx–xx–9589**

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   **Central District of California**

Case number:   **9:18–bk–11748–DS**

## Order of Discharge – Chapter 7

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicholas Jess Philbrook

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 1/28/19

Heather Schmidt

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 1/28/19

**Dated:** 1/28/19

**By the court:**   Deborah J. Saltzman
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**12/AUT**

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---